UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:  CASE NO. 15-01379-JJG-13
NANCY JANE HOPKINS

### NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rules of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full and the Debtor(s) has completed all payments under the plan.

**Name of Creditor**:  SN SERVICING CORP

**Final Cure Amount**

| Court Claim# | Account# | Claim Allowed | Amount Paid |
|---|---|---|---|
| 04 | 3115 / 2429 | $9470.87 | 9470.87 |

| | |
|---|---|
| Amt to Pay\Arrears | $9470.87 |
| Direct Amount Paid by Debtor | $0.00 |
| Total Amount Paid by Trustee | $9470.87 |

**Final Cure Amount**

| Court Claim# | Account# | Claim Allowed | Amount Paid |
|---|---|---|---|
| 04 | 3115 / 2429 | $28747.02 | 28747.02 |

| | |
|---|---|
| Amt to Pay\Arrears | $28747.02 |
| Direct Amount Paid by Debtor | $0.00 |
| Total Amount Paid by Trustee | $28747.02 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

   X    Through the Chapter 13 Conduit          Direct by the Debtor(s)

       Within 21 days of service of this Notice, the creditor MUST file and serve on the Debtor, Debtor's counsel, and the Trustee, pursuant to Fed.R.Bank.P.3002.1(g), a statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, cost or negative escrow amounts due, and whether, consistent with § 1322(b)(5), the Debtor is otherwise current on all payments, or be subject to further action of the Court.

       The statement shall itemize the required cure or post-petition amounts, if any, that the Creditor contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the Creditor's proof of claim and is not subject to Fed.R.Bank.P.3001(f). Failure to notify may result in sanctions.

                                                       Respectfully Submitted,

September 11, 2019

                                                 /s/ Ann M.DeLaney
                                                Ann M. DeLaney, Trustee
                                                P.O. Box 441285
                                                Indianapolis, IN   46244
                                                Telephone: (317) 829-7360
                                                Facsimile: (317) 829-7369
                                                Email:anndelaney341@trustee13.com

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 11 day of September, 2019.

NANCY JANE HOPKINS  
4943 HILLCREST COURT  
AVON, IN. 46123

ROBERT PERRY LAW OFFICE  
ROBERT C. PERRY  
205 W MAIN ST  
PLAINFIELD, IN. 46168-

SN SERVICING CORP  
323 5TH STREET  
EUREKA, CA. 95501-

U.S. Trustee

                                                      /s/ Ann M. DeLaney  
                                                  Ann M. DeLaney, Trustee